**KARISH & BJORGUM, PC**
A. Eric Bjorgum (State Bar No. 198392)
Email: eric.bjorgum@kb-ip.com
119 E. Union St., Suite B
Pasadena, California 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010
Attorneys for Petitioner

UNITED STATES DISTRICT COURT
IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>DMCA SUBPOENA TO CLOUDFLARE, INC.,<br><br>Service Provider. | Case No.:  2:24-mc-0084<br><br>**DECLARATION IN SUPPORT OF REQUEST FOR DMCA SUBPEONA TO CLOUDFLARE, INC.** |

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 1

# DECLARATION OF DAVID ADAMS

I, David Adams, hereby declare as follows:

1. I am a Citizen of the United States of America, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am the Chief Executive Officer and Secretary of PCR Distributing, Co. (hereinafter, "PCR") and am authorized to act on its behalf.

3. I submit this declaration in support of PCR's request for issuance of a Subpoena by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) to Cloudflare, Inc. ("Cloudflare"), an internet service provider, relating to the posting of PCR's copyrighted material on the domain nHentai.net.

4. I have personal knowledge of the copyrights owned by PCR and the ongoing infringements of those copyrights that occur on the internet. I also have personal knowledge of the countless instances that PCR's copyrighted works have been posted without PCR's authorization to nHentai.net.

5. On June 14, 2024, an authorized agent for PCR Jason Tucker issued and served a copyright infringement notification on Cloudflare's DMCA Agent relating to posts on NHentai.net. Pursuant to Section 512(c)(3)(A), the notification was properly signed by PCR's agent, identified the copyrighted material being infringed, set forth a listing of the URL containing the infringing material, confirmed that such use of PCR's copyrighted works was not authorized by PCR, and gave contact information such that the DMCA Agent could reach PCR's Agent with questions. A true and correct copy of a June 14, 2024 notification is attached as Exhibit A. A true and correct copy of a screenshot from the US Copyright

1  Office website identifying the registration information for the work at issue in
2  Exhibit A is attached as Exhibit B.
3        6.    The purpose of the DMCA Subpoena is to obtain information
4  sufficient to identify the alleged infringer, the operator of nhentai.net who, without
5  authorization from PCR, displayed material to the web page NHentai.net, which
6  infringed copyrights held by PCR. The information received as a result of the
7  Subpoena will only be used by PCR to protect its rights under Title 17 of the
8  United States Code.

10      I declare under the penalty of perjury under the laws of the United States of
11  America that the foregoing is true and correct.

13      Executed on the __20__ day of June, 2024 at San Diego, California.

16                                              _____
17                                                  David Adams

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 3