# Exhibit B

**Registered Works Associated with DMCA Notices and Copyright Registrations**

## Registered Works Associated with DMCA Notices

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | OWNER OF WORK | INFRINGING URL |
|---|---|---|---|
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/312283/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/318661/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/312696/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/313390/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/313748/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/317966/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/318331/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/314117/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/317615/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/314472/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/315306/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/315363/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/315522/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/315924/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/316246/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/316318/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/316722/ |
| TX0009312666 | Submission Eternal My Lady, My Master. | PCR Distributing, Co. | https://nhentai.net/g/317103/ |
| TX0009380863 | Hey... Let's Do It. | PCR Distributing, Co. | https://nhentai.net/g/257734/ |
| TX0009380863 | Hey... Let's Do It. | PCR Distributing, Co. | https://nhentai.net/g/258357/ |
| TX0009380863 | Hey... Let's Do It. | PCR Distributing, Co. | https://nhentai.net/g/208694/ |
| TX0009380863 | Hey... Let's Do It. | PCR Distributing, Co. | https://nhentai.net/g/222701/ |
| TXu002390196 | The Hall Monitor on S.L.U.T. Duty 3 and 9 Other Unpublished Works. | PCR Distributing, Co. | https://nhentai.net/g/379195/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/404214/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/402264/ |

| | | | |
|---|---|---|---|
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/400765/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/385063/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/415533/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/463382/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/425307/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/397338/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/338886/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/332873/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/333157/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/333792/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/334070/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/334260/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/334543/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/334885/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/335194/ |
| TXu002409564 | Demihumans for Dessert and 9 Other Unpublished Works | PCR Distributing, Co. | https://nhentai.net/g/335772/ |

| TXu002417803 | I'll Squeeze You Dry and 9 Other Unpublished Works. | PCR Distributing, Co. | https://nhentai.net/g/66518/ |
| TXu002417803 | I'll Squeeze You Dry and 9 Other Unpublished Works. | PCR Distributing, Co. | https://nhentai.net/g/71017/ |



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = TX000931266
Search Results: Displaying 7 of 10 entries



*Submission Eternal My Lady, My Master.*

|  |  |
|--:|:--|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0009312666 / 2023-03-22 |
| **Application Title:** | Submission Eternal My Lady, My Master. |
| **Title:** | Submission Eternal My Lady, My Master. |
| **Description:** | Book. |
| **Copyright Claimant:** | PCR Distributing. Address: 5450 Complex St. 302, San Diego, CA, 92123. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2023-03-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | PCR Distributing, employer for hire; Domicile: United States. Authorship: English translation. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | PCR Distributing |



Save, Print and Email (Help Page)
Select Download Format  Full Record  Format for Print/Save
Enter your email address:  Email

Help  |  Search  |  History  |  Titles  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = TX0009380863
Search Results: Displaying 1 of 1 entries



**Hey... Let's Do It.**

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0009380863 / 2023-10-05 |
| **Application Title:** | Hey... Let's Do It. |
| **Title:** | Hey... Let's Do It. |
| **Description:** | Book. |
| **Copyright Claimant:** | JAST USA. Address: 8524 Commerce Ave, Suite B, San Diego, CA, 92121. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-07-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | JAST USA, employer for hire; Domicile: United States. Authorship: English translation. |
| **Pre-existing Material:** | text, artwork, Original Japanese text, original artwork. |
| **Basis of Claim:** | English translation. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | JAST USA |



**Save, Print and Email (Help Page)**
Select Download Format  Full Record  [Format for Print/Save]
Enter your email address:  [_____]  [Email]

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = TXu002390196
Search Results: Displaying 1 of 1 entries



*The Hall Monitor on S.L.U.T. Duty 3 and 9 Other Unpublished Works.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu002390196 / 2023-03-20 |
| **Application Title:** | The Hall Monitor on S.L.U.T. Duty 3 and 9 Other Unpublished Works. |
| **Title:** | The Hall Monitor on S.L.U.T. Duty 3 and 9 Other Unpublished Works. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | PCR Distributing. Address: 5450 Complex St. 302, San Diego, CA. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | PCR Distributing, employer for hire; Domicile: United States. Authorship: Literary Works. |
| **Pre-existing Material:** | Original Japanese text. |
| **Copyright Note:** | C.O. correspondence. |
| | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| **Contents:** | The Hall Monitor on S.L.U.T. Duty 3. |
| | The Maiden Knights' Secrets. |
| | The Maiden Knights' Illicit Invitation. |
| | I Still Love Yuno. |
| | Elven Massage + Wakaba's First Customer. |
| | First Comes Scolding, Then Comes Make-up Sex. |
| | How I Charmed the Prim and Proper President. |
| | I Met Up With a Cool JK I Knew From an MMO and Had Great Sex With Her. |
| | Gigadick Futa Fight Night. |

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = TXu00240956
Search Results: Displaying 5 of 10 entries



***Demihumans for Dessert and 9 Other Unpublished Works.***

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu002409564 / 2023-10-13 |
| **Application Title:** | Demihumans for Dessert and 9 Other Unpublished Works. |
| **Title:** | Demihumans for Dessert and 9 Other Unpublished Works. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | JAST USA. Address: 8524 Commerce Ave, Suite B, San Diego, CA, 92121, United States. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | JAST USA, employer for hire; Domicile: United States. Authorship: Literary Works. |
| **Pre-existing Material:** | Original Japanese text, original artwork. |
| **Copyright Note:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| **Contents:** | Demiumans for Dessert. |
| | Maid Education. |
| | Uber Dicks. |
| | The Junior Spellcaster and the Succubus Curse. |
| | Stop Worrying and Love the Gyarus. |
| | My Darling Orc + Sibling Rivalry. |
| | Loveless Sex. |
| | Netorare Onapet. |
| | Egg Drops. |
| | Class and Curves. |



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = TXu002417803
Search Results: Displaying 1 of 1 entries



### *I'll Squeeze You Dry and 9 Other Unpublished Works.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu002417803 / 2023-12-04 |
| **Application Title:** | I'll Squeeze You Dry and 9 Other Unpublished Works. |
| **Title:** | I'll Squeeze You Dry and 9 Other Unpublished Works. |
| **Description:** | Electronic Deposit. |
| **Copyright Claimant:** | JAST USA. Address: 8524 Commerce Ave, Suite B, San Diego. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | JAST USA, employer for hire; Domicile: United States. Authorship: Literary Works. |
| **Pre-existing Material:** | Original Japanese text, original artwork. |
| **Copyright Note:** | C.O. correspondence. |
| | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| **Contents:** | I'll Squeeze You Dry. |
| | Gyarus or Bust! |
| | Southern Breeding. |
| | Kakushidere. |
| | Sexy Elf Loves Burly Orc. |
| | Residence. |
| | Outrageous. |
| | Dear Angel of Despair. |
| | I Didn't Want to Know. |
| | Gyaru and Prez. |