# Exhibit B

**Notifications of Copyright Infringements
Issued Pursuant to
17 U.S.C. § 512(c)(3) to
Registered DMCA Agent for
Service Provider Cloudflare, Inc.**



| | |
|---|---|
| Subject | **DMCA Takedown Notice for Copyright Infringement – PCR Distributing Co DBA J18 Publishing** |
| From | Jason Tucker |
| To | <abuse@cloudflare.com> |
| Date | 2024-06-14 02:42 PM |

```
Cloudflare
Agent: Justin Paine
101 Townsend Street
Legal Department
San Francisco, CA  94107
Phone: 6503198930
Email: abuse@cloudflare.com

RE: DMCA Takedown Notice for Copyright Infringement – PCR Distributing Co DBA J18 Publishing

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that
to the best of my knowledge and belief, the foregoing is true and correct and I have the authority to act on
behalf of the owner of the copyrights involved.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and
therefore infringes on its rights pursuant to Section 512 (c) of the U.S. Copyright Law. Pursuant to this
notification, you should immediately take steps to locate, remove, and/or disable access to the content that
is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining
knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously
to remove, or disable access to, the material.

My contact information is as follows:
PCR Distributing Co DBA J18 Publishing
c/o: Battleship Stance, Inc. - Jason Tucker
Address:                                                  85016 USA
Email:

Location of original works: https://doujin.io/

This correspondence and all of its contents is without prejudice to PCR Distributing Co or any of their
affiliated companies' rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for PCR Distributing Co

Links to Infringing Material that we request be REMOVED: https://nhentai.net/g/387084/


--
Jason Tucker
+1.310
SKYPE:

The email and any attachments are confidential and intended only for the intended recipient. If received in
error, please notify the sender, delete the message and any copies, and refrain from distributing or copying
it. Unauthorized distribution may result in liability. All rights reserved
```

**Subject:** **DMCA Takedown Notice for Copyright Infringement – PCR Distributing Co DBA J18 Publishing**
**From:** Jason Tucker
**To:** <abuse@cloudflare.com>
**Date:** 2024-06-14 02:43 PM

Cloudflare
Agent: Justin Paine
101 Townsend Street
Legal Department
San Francisco, CA  94107
Phone: 6503198930
Email: abuse@cloudflare.com

RE: DMCA Takedown Notice for Copyright Infringement – PCR Distributing Co DBA J18 Publishing

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief, the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to Section 512 (c) of the U.S. Copyright Law. Pursuant to this notification, you should immediately take steps to locate, remove, and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

My contact information is as follows:
PCR Distributing Co DBA J18 Publishing
c/o: Battleship Stance, Inc. - Jason Tucker
Address: [redacted], AZ 85016 USA
Email: [redacted]

Location of original works: https://doujin.io/

This correspondence and all of its contents is without prejudice to PCR Distributing Co or any of their affiliated companies' rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for PCR Distributing Co

Links to Infringing Material that we request be REMOVED:
https://nhentai.net/g/312283/
https://nhentai.net/g/318661/
https://nhentai.net/g/312696/
https://nhentai.net/g/313390/
https://nhentai.net/g/313748/
https://nhentai.net/g/317966/
https://nhentai.net/g/318331/
https://nhentai.net/g/314117/
https://nhentai.net/g/317615/
https://nhentai.net/g/314472/
https://nhentai.net/g/315306/
https://nhentai.net/g/315363/
https://nhentai.net/g/315522/
https://nhentai.net/g/315924/
https://nhentai.net/g/316246/
https://nhentai.net/g/316318/
https://nhentai.net/g/316722/

https://nhentai.net/g/317103/
https://nhentai.net/g/257734/
https://nhentai.net/g/258357/
https://nhentai.net/g/208694/
https://nhentai.net/g/222701/
https://nhentai.net/g/404214/
https://nhentai.net/g/402264/
https://nhentai.net/g/400765/
https://nhentai.net/g/385063/
https://nhentai.net/g/415533/
https://nhentai.net/g/463382/
https://nhentai.net/g/425307/
https://nhentai.net/g/397338/
https://nhentai.net/g/379195/
https://nhentai.net/g/338886/
https://nhentai.net/g/332873/
https://nhentai.net/g/333157/
https://nhentai.net/g/333792/
https://nhentai.net/g/334070/
https://nhentai.net/g/334260/
https://nhentai.net/g/334543/
https://nhentai.net/g/334885/
https://nhentai.net/g/335194/
https://nhentai.net/g/335772/
https://nhentai.net/g/66518/
https://nhentai.net/g/71017/

--
Jason Tucker
+1.310.███
SKYPE: ███

The email and any attachments are confidential and intended only for the intended recipient. If received in error, please notify the sender, delete the message and any copies, and refrain from distributing or copying it. Unauthorized distribution may result in liability. All rights reserved