# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| **PLAINTIFF(S)** | 2:24–mc–00084–UA |
| v. | |
| CLOUDFLARE, INC. | |
| **DEFENDANT(S).** | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

__7/10/2024__      __2__      __Request for Clerk to Issue Subpoena filed by Movant PCR Distributing Co.__

Date Filed        Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Date: line are not blank.

Clerk, U.S. District Court

Dated: _July 11, 2024_        By: _/s/ Geneva Hunt  geneva_hunt@cacd.uscourts.gov_
                                       Deputy Clerk