John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
eservice@wwr.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Pro Hac Vice Applications to be Submitted*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180

**ATTORNEYS FOR OPERATORS OF NHENTAI.NET**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DMCA Subpoena to Cloudflare, Inc. | Case No. 2:24-mc-00084-UA <br><br> **DECLARATION OF JOHN T. WILSON ISO OPERATORS OF NHENTAI.NET'S MOTION TO INTERVENE, TO QUASH §512(H) SUBPOENA, FOR PROTECTIVE ORDER, AND TO STAY DEADLINE** |

I, John T. Wilson, hereby state and declare as follows:

1. I provide this declaration in support of operators of the nhentai.net website's ("Nhentai.net") Motion to Intervene, to Quash §512(h) Subpoena, for Protective Order, and to Stay Deadline.

2. I am currently the managing partner of the law firm of Wilson Whitaker Rynell in Dallas, Texas and am attorney for Nhentai.net in the above-referenced matter. I have personal knowledge of the facts stated herein.

3. Cloudflare is aware of Nhentai.net's intention to intervene to prevent release of the information and has stated that it will respond to the subpoena unless Nhentai.net intervenes no later than one week from the date of the notice.

4. Attached as **Exhibit A** is a true and correct copy of screenshot of Nhentai.net's DNS management page on Cloudflare.

5. According to its website, Cloudflare describes its DNS services as "the phonebook of the Internet" - What is a DNS server? | Cloudflare (last visited July 18, 2024).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2024 in Dallas, Texas.

John T. Wilson

# "EXHIBIT A"

