John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
eservice@wwrlegal.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Admitted Pro Hac Vice*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 323-518-2826
(F): 310-207-4180

**ATTORNEYS FOR OPERATORS OF NHENTAI.NET**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DMCA Subpoena to Cloudflare, Inc. | Case No. 2:24-mc-00084-JFW-PVC<br><br>**DECLARATION OF LEAD TRIAL COUNSEL** |

I, John T. Wilson, hereby state and declare as follows:

1. I am currently the managing partner of the law firm of Wilson Whitaker Rynell in Dallas, Texas and am attorney for Nhentai.net in the above-referenced matter. I have personal knowledge of the facts stated herein.

2. I am registered as a CM/ECF User.

3. My E-Mail Address of Record is eservice@wwrlegal.com

4. I confirm that I have read the Court's Standing Order and the Local

Rules.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2024 in Dallas, Texas.

_____
John T. Wilson