UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   MC 24-0084 JFW (PVCx)                               Date: July 26, 2024

Title         In re DMCA Subpoena to Cloudflare, Inc.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS] ORDER GRANTING IN PART MOTION TO INTERVENE, TO QUASH, FOR PROTECTIVE ORDER, AND TO STAY DEADLINE (Dkt. No. 8)**

On July 15, 2024, PCR Distributing Co. ("Movant") issued a subpoena to Cloudflare Inc. (Respondent) seeking information relating to posts on NHentai.net which the Movant asserts are infringing its copyrights. ("Subpoena," Dkt. No. 5; *see also* Dkt. Nos. 1, 2, 4). The Subpoena seeks compliance by July 26, 2024.[1] On July 19, 2024, the operators of the NHentai.net website ("Intervenor") filed a motion to intervene for the purposes of moving to quash, for seeking protection from disclosure, and for staying the deadline to comply with the Subpoena. ("Motion," Dkt. No. 8).

The Motion is GRANTED IN PART. For good cause shown, Intervenor's request to Intervene is GRANTED. The deadline for complying with the Subpoena is STAYED. Movant shall *immediately* (1) provide Respondent with a copy of this Order, (2) instruct Respondent that it should not comply with the Subpoena until further order of this Court, and (3) no later than **July 29, 2024**, file a declaration acknowledging that it has fully complied with this Order.

---

[1] The Court notes that requiring compliance with a Rule 45 subpoena within 11 days is not reasonable. Fed. R. Civ. P. 45(d)(3)(A)(i).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   MC 24-0084 JFW (PVCx)                                      Date:  July 26, 2024

Title          In re DMCA Subpoena to Cloudflare, Inc.

     The request to quash and for a protective order is TAKEN UNDER CONSIDERATION.  Movant is given until **August 9, 2024**, to respond to Intervenor's motion to quash and for a protective order.  Intervenor may file an optional reply no later than **August 16, 2024**.

     IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |