**KARISH & BJORGUM, PC**
ERIC BJORGUM (State Bar No. 198392)
Eric.bjorgum@kb-ip.com
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone:   (213) 785-8070
Facsimile:   (213) 955-5010
Attorneys for Movant

# UNITED STATES DISTRICT COURT
## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>DMCA SUBPOENA TO CLOUDFLARE, INC., | Case No. 2:24-mc-00084-JFW-PVC<br><br>**STIPULATION TO EXTEND BRIEFING ON MOTION TO QUASH AND FOR PROTECTIVE ORDER ON DMCA SUBPOENA**<br><br>**[Proposed Order Attached]**<br><br>**Judge: Hon. Pedro V. Castillo**<br>**Date:  N/A** |

Whereas, on July 15, 2024, this Court issued to Movant PCR Distributing, Inc. a subpoena directed to Cloudflare, Inc. under the Digital Millenium Copyright Action (DMCA) (Dkt. No. 5) seeking information regarding the Operators of the website nhentai.net;

Whereas, Movant states that it duly served that subpoena;

Whereas, on July 18, 2024, Plaintiff's counsel received an email from Jennfier Rynell of Wilson Whitaker Rynell, attorneys for nhentai.net ("Intervenor"), regarding motion practice or a possible resolution on the subpoena;

Whereas, the parties did not reach a resolution, so Intervenor filed a motion to intervene for the purposes of seeking a motion to quash, for protective order, and for a stay of the deadline in the subpoena;

Whereas, the Motion was assigned to Magistrate Judge Pedro V. Castillo, who issued an order on July 26, 2024 granting the motion to intervene and to stay the deadline in the subpoena pending further briefing on Intervenor's remaining requested relief, with Movant's response being due August 9, 2024 and Intervenor's reply due August 16, 2024;

Whereas, Movant states that its client has been traveling, and the parties continue to consider resolutions to this matter; and

Whereas, on August 8, 2024, Movant's counsel and Intervenor's counsel agreed to a two-week extension of all dates;

Therefore, it is stipulated by and among counsel for Movant and Intervenor that Movant shall have until August 23, 2024 to file its response, and Intervenor shall have until August 30, 2024 to file its reply.

Dated:  August 9, 2024                    Respectfully submitted,


                                          By: /s/ Eric Bjorgum
                                          Eric Bjorgum
                                          KARISH & BJORGUM PC
                                          Attorneys for Movant


Dated:  August 9, 2024                    Respectfully submitted,

                                          By: /s/ Jennifer Rynell
                                          Jennifer Rynell
                                          WILSON WHITAKER RYNELL
                                          Attorneys for Intervenor

1