# UNITED STATES DISTRICT COURT
# IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>DMCA SUBPOENA TO CLOUDFLARE, INC., | Case No. 2:24-mc-00084-JFW-PVC<br><br>**ORDER RE STIPULATION TO EXTEND BRIEFING ON MOTION TO QUASH AND FOR PROTECTIVE ORDER ON DMCA SUBPOENA**<br><br>**Judge: Hon. Pedro V. Castillo**<br>**Date:  N/A** |

[     ORDER

This Court, having read and considered PCR Distributing Co.'s (Movant) and NHentai.net's (Intervenor) Stipulation to Extend Briefing on Motion to Quash and for Protective Order on DMCA Subpoena, and good cause appearing therefor, hereby ORDERS that:

Therefore, it is stipulated by and among counsel for Movant and Intervenor that Movant shall have until August 23, 2024 to file its response, and Intervenor shall have until August 30, 2024 to file its reply.

**IT IS SO ORDERED.**

DATE: August 16, 2024

_____
Honorable Pedro V. Castillo
United States Magistrate Judge