**KARISH & BJORGUM, PC**
ERIC BJORGUM (State Bar No. 198392)
Eric.bjorgum@kb-ip.com
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 955-5010
Attorneys for Movant

UNITED STATES DISTRICT COURT
IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>DMCA SUBPOENA TO CLOUDFLARE, INC., | Case No. 2:24-mc-00084-JFW-PVC<br><br>**SECOND STIPULATION TO EXTEND BRIEFING ON MOTION TO QUASH AND FOR PROTECTIVE ORDER ON DMCA SUBPOENA**<br><br>**[Proposed Order Attached]**<br><br>**Judge: Hon. Pedro V. Castillo**<br>**Date: N/A** |

Whereas, on July 15, 2024, this Court issued to Movant PCR Distributing, Inc. a subpoena directed to Cloudflare, Inc. under the Digital Millenium Copyright Action (DMCA) (Dkt. No. 5) seeking information regarding the Operators of the website nhentai.net;

Whereas, Movant states that it duly served that subpoena;

Whereas, on July 18, 2024, Plaintiff's counsel received an email from Jennifer Rynell of Wilson Whitaker Rynell, attorneys for nhentai.net ("Intervenor"), regarding motion practice or a possible resolution on the subpoena;

Whereas, the Motion was assigned to Magistrate Judge Pedro V. Castillo, who issued an order on July 26, 2024 granting the motion to intervene and to stay the deadline in the subpoena pending further briefing on Intervenor's remaining requested relief, with Movant's response being due August 9, 2024 and Intervenor's reply due August 16, 2024;

Whereas, the parties previously entered into one stipulated continuance for fourteen (14) days, which was granted by this Court;

Whereas, Movant's counsel states that he has been discussing this matter with his client after his client's return from business travel outside of the U.S. but has not reached a final decision on how to proceed; and

Whereas, on August 21, 2024, Movant's counsel requested Intervenor's counsel agreed to a further extension of all dates as set forth below;

Therefore, it is stipulated by and among counsel for Movant and Intervenor that Movant shall have until August 30, 2024 to file its response, and Intervenor shall have until September 13, 2024 to file its reply.

| | | |
|---|---|---|
| 1 | Dated: August 22, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Eric Bjorgum* |
| | | Eric Bjorgum |
| 4 | | KARISH & BJORGUM PC |
| 5 | | Attorneys for Movant |
| 6 | | |
| 7 | Dated: August 22, 2024 | Respectfully submitted, |
| 8 | | By: */s/ Jennifer Rynell* |
| | | Jennifer Rynell |
| 9 | | WILSON WHITAKER RYNELL |
| 10 | | Attorneys for Intervenor |