**KARISH & BJORGUM, PC**
ERIC BJORGUM (State Bar No. 198392)
Eric.bjorgum@kb-ip.com
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 955-5010
Attorneys for Movant

UNITED STATES DISTRICT COURT
IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

In Re:

DMCA SUBPOENA TO CLOUDFLARE, INC.,

    Service Provider.

Case No. 2:24-mc-00084-JFW-PVC

**NOTICE OF WITHDRAWL OF SUBPOENA**

Judge: Hon. John F. Walter
Time: N/A

TO THE JUDGES OF THIS HONORABLE COURT, Respondent CLOUDFLARE, INC. and Intervenor NHENTAI.NET:

Notice is hereby given that PCR Distributing Co. ("PCR"), Movant for the Subpoena issued by the Clerk of Court in this matter on July 15, 2024 (Dkt. No. 5) (the "DMCA Subpoena") hereby withdraws the DMCA Subpoena. With this Notice, the DMCA Subpoena is moot, and Movant respectfully requests that this matter be closed.

Dated: August 3, 2024                Respectfully submitted,

By: /s/ Eric Bjorgum
Eric Bjorgum
KARISH & BJORGUM PC
Attorneys for Petitioner

1